JASMINE C. HITES, OSB #104056
TROUTMAN SANDERS LLP
100 SW Main, Suite 1000
Portland, OR 97204
Telephone: (503) 290-2344
jasmine.hites@troutman.com

TERRENCE R. McINNIS (*admitted pro hac*)
BINH DUONG T. PHAM (*admitted pro hac*)
TROUTMAN SANDERS LLP
5 Park Plaza, Suite 1400
Irvine, CA 92614
Telephone: (949) 622-2700
terrence.mcinnis@troutman.com
binh.pham@troutman.com

*Attorneys for Plaintiff*
U.S. Specialty Insurance Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT COURT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| U.S. SPECIALTY INSURANCE COMPANY, a Texas corporation,<br><br>Plaintiff,<br><br>v.<br><br>ELCON ASSOCIATES, INC., an Oregon corporation, and FLUOR/HDR GLOBAL DESIGN CONSULTANTS, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 3:17-cv-1658-BR<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT FLUOR/HDR GLOBAL DESIGN CONSULTANTS, LLC**<br><br>**[FRCP 41(a)(1)(A)(i)]** |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

**PLEASE TAKE NOTICE** that, in accordance with a settlement agreement entered between and among the parties, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure ("FRCP"), plaintiff U.S. Specialty Insurance Company hereby dismisses this action, without prejudice, as to defendant Fluor/HDR Global Design Consultants, LLC ("FHDR") only. This action is not dismissed as to defendant Elcon Associates, Inc.

In light of this dismissal, FHDR's pending Motion to Dismiss for Lack of Personal Jurisdiction Pursuant to FRCP 12(b)(2), (Dkt. 19), is moot.

DATED: February 7, 2018

Respectfully submitted,

TROUTMAN SANDERS LLP

/s/ Terrence R. McInnis
JASMINE C. HITES, OSB #104056
TERRENCE R. McINNIS (*Pro Hac Vice*)
BINH DUONG T. PHAM (*Pro Hac Vice*)

*Attorneys for Plaintiff*
U.S. Specialty Insurance Company