JASMINE C. HITES, OSB #104056
TROUTMAN SANDERS LLP
100 SW Main, Suite 1000
Portland, OR 97204
Telephone: (503) 290-2344
jasmine.hites@troutman.com

TERRENCE R. McINNIS (*admitted pro hac*)
BINH DUONG T. PHAM (*admitted pro hac*)
TROUTMAN SANDERS LLP
5 Park Plaza, Suite 1400
Irvine, CA 92614
Telephone: (949) 622-2700
terrence.mcinnis@troutman.com
binh.pham@troutman.com

*Attorneys for Plaintiff*
U.S. Specialty Insurance Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT COURT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| U.S. SPECIALTY INSURANCE COMPANY, a Texas corporation,<br><br>Plaintiff,<br><br>v.<br><br>ELCON ASSOCIATES, INC., an Oregon corporation, and FLUOR/HDR GLOBAL DESIGN CONSULTANTS, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 3:17-cv-1658-BR<br><br>[~~PROPOSED~~] ORDER DISMISSING DEFENDANT FLUOR/HDR GLOBAL DESIGN CONSULANTS, LLC |

[~~PROPOSED~~] ORDER DISMISSING FLUOR/HDR GLOBAL DESIGN CONSULTANTS, LLC

Pursuant to Plaintiff U.S. Specialty Insurance Company's Notice of Voluntary Dismissal of Defendant Fluor/HDR Global Design Consultants, LLC pursuant to FRCP 41(a)(1)(A)(i), good cause appearing therefore,

**IT IS HEREBY ORDERED THAT** defendant Fluor/HDR Global Design Consultants LLC is DISMISSED from this action, without prejudice.

Dated: 2/8/18

_____
ANNA J. BROWN
United States Senior District Judge