Román D. Hernández, OSB No. 011730
TROUTMAN SANDERS LLP
100 SW Main, Suite 1000
Portland, OR  97204
Telephone: (503) 290-2344
roman.hernandez@troutman.com

Terrence R. McInnis (*admitted pro hac vice*)
Ross Smith (*admitted pro hac vice*)
Binh Duong T. Pham (*admitted pro hac vice*)
TROUTMAN SANDERS LLP
5 Park Plaza, Suite 1400
Irvine, CA  92614
Telephone: (949) 622-2700
terrence.mcinnis@troutman.com
binh.pham@troutman.com

*Attorneys for Plaintiff*
U.S. Specialty Insurance Company

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT COURT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| U.S. SPECIALTY INSURANCE COMPANY, a Texas corporation,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>ELCON ASSOCIATES, INC., an Oregon corporation, and FLUOR/HDR GLOBAL DESIGN CONSULTANTS, LLC, a Delaware Limited Liability Company,<br><br>　　　　　Defendants. | Case No. 3:17-cv-1658-BR<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>**[FRCP 41(a)(1)(A)(ii)]** |

　　　　COMES NOW, Plaintiff U.S. Specialty Insurance Company ("USSIC") and Defendant Elcon Associates, Inc. ("Elcon"), together through their respective counsel of record and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate and

-1-

agree that all claims in the above-captioned matter shall be dismissed with prejudice, each party to pay its own costs and attorney fees.

IT IS FURTHER stipulated and agreed that an appropriate Order of Dismissal With Prejudice be entered hereon upon the filing of this Stipulation of Dismissal With Prejudice, without further notice by or to any party hereto.

Respectfully submitted,

Dated: December 4, 2018                TROUTMAN SANDERS LLP

By: */s/ Terrence R. McInnis*
   Román D. Hernández, OSB No. 011730
   Jasmine C. Hites, OSB No. 104056
   TROUTMAN SANDERS LLP
   100 SW Main Street, Suite 1000
   Portland, OR 97204

   Terrence R. McInnis, Pro Hac Vice
   Ross Smith, Pro Hac Vice
   Binh Duong T. Pham, Pro Hac Vice
   TROUTMAN SANDERS LLP
   5 Park Plaza, Suite 1400
   Irvine, CA 92614

   *Attorneys for Plaintiff*
   U.S. Specialty Insurance Company

Dated:  December 4, 2018                MORGAN RIDER RITER TSAI, P.C.

By: /s/ *Evan P. Lee*
   Evan P. Lee, Admitted *Pro Hac Vice*

   And

GORDON & POLSCER, L.L.C

By: /s/ Gregory L. Baird
   Gregory L. Baird, OSB No. 922212

   *Attorneys for Defendant*
   Elcon Associates, Inc.

## ATTESTATION

Pursuant to L.R. 11-1(d), I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: December 4, 2018                         */s/ Terrence R. McInnis*
                                                **TERRENCE R. McINNIS**

| | |
|---|---|
| STIPULATION OF DISMISSAL WITH PREJUDICE | Case No. 3:17-cv-01658-BR |
| 37106748 | **TROUTMAN SANDERS LLP** |
| | 100 SW MAIN STREET |
| | SUITE 1000 |
| | PORTLAND. OR 97204 |

# **CERTIFICATE OF SERVICE**

I hereby certify that on December 4, 2018, I served a true and correct copy of the foregoing **STIPULATION OF DISMISSAL WITH PREJUDICE** upon the following counsel via E-mail and the Court's CM/ECF System to:

**Peter J. Morgan, Pro Hac Vice**
pmorgan@morganrider.com
**Evan P. Lee, Pro Hac Vice**
elee@morganrider.com
MORGAN RIDER RITER TSAI, P.C.
1512 Larimer Street, Suite 450
Denver, CO 80202


**Gregory L. Baird**
gbaird@gordon-polscer.com
GORDON & POLSCER, LLC
9755 SW Barnes Road, Suite 650
Portland, OR 97225


Dated this 4th day of December, 2018.

                                           By:  *s/ Terrence R. McInnis*
           Román D. Hernández, OSB No. 011730
           Jasmine C. Hites, OSB No. 104056
           TROUTMAN SANDERS LLP
           100 SW Main Street, Suite 1000
           Portland, OR 97204
           Tel: 503-290-2327
           Fax: 503-290-2405

           Terrence R. McInnis, Pro Hac Vice
           Binh Duong T. Pham, Pro Hac Vice
           TROUTMAN SANDERS LLP
           5 Park Plaza, Suite 1400
           Irvine, CA 92614
           Tel: 949-622-2700
           Fax: 949-622-2739

           *Attorneys for Plaintiff*
           U.S. Specialty Insurance Company

-1-

CERTIFICATE OF SERVICE
37106748

Case No. 3:17-cv-01658-BR
**TROUTMAN SANDERS LLP**
100 SW MAIN STREET
SUITE 1000
PORTLAND. OR 97204